UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                                                                              Chapter 7

ORLY GENGER,

                                                                                Case No.: 19-13895 (JLG)
              Debtor.
------------------------------------------------------------X
Michael Oldner, As Trustee of The Orly
Genger 1993 Trust,

              Plaintiff,                                         Adv. Proc. No. 19-01447-JLG

      vs.
                                                                                               **STIPULATION AND ORDER**
Orly Genger,                                                                          **FOR SUBSTITUTION OF**
              Defendant.                                       **ATTORNEYS**
------------------------------------------------------------X

      It is hereby stipulated and agreed, by and between the undersigned that, pursuant to Local District Rule 1.4 and Local Bankruptcy Rule 2090-1, the firms of Cullen and Dykman LLP, with offices located at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, and Pollock Cohen LLP, with offices located at 60 Broad St., 24th Floor, New York, New York, 10004, be substituted as attorneys of record for Michael Oldner, Trustee of The Orly Genger 1993 Trust, the plaintiff in the above-captioned adversary proceeding in place and instead of Munsch Hardt Kopf & Harr, P.C., who's appearance in this adversary proceeding on behalf of plaintiff Michael Oldner, Trustee of The Orly Genger 1993 Trust is deemed withdrawn, all as of the date approved by the Court.

Date: June 20, 2020

        Respectfully submitted,

        CULLEN AND DYKMAN, LLP

        By: */s/ Elizabeth M. Aboulafia*_____
        Elizabeth Aboulafia
        Counsel to Michael Oldner, Trustee of the Orly
        Genger 1993 Trust, Plaintiff
        100 Quentin Roosevelt Boulevard
        Garden City, NY 11530
        (516) 357-3700

            And

        POLLOCK COHEN LLP

        By: */s/ Adam Pollock*_____
        Adam Pollock
        Counsel to Michael Oldner, Trustee of The
        Orly Genger 1993 Trust, Plaintiff
        60 Broad St., 24th Flr.
        New York, NY 10004

            And

        MUNSCH HARDT KOPF & HARR, P.C.

        By: */s/ Jay H. Ong*_____
        Jay H. Ong
        Former Counsel to Michael Oldner, Trustee of
        The Orly Genger 1993 Trust, Plaintiff
        Texas Bar No. 24028756
        1717 West 6th Street, Suite 250
        Austin, Texas 78703
        Telephone: (512) 391-6100
        Facsimile: (512) 391-6149